**No. 51632.**—Protests 994832–G, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51633.**—Protests 21001–K, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51634.**—Protests 95993–K, etc., of Amdelta Leather Co., Inc., et al. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 26, 1947

**No. 51635.**—Protests 631898–G, etc., of Fownes Bros. & Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. In accordance therewith the claim of the plaintiff was sustained.

**No. 51636.**—Protests 127734–K, etc., of Crown Publishers et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.